IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-002660-WDM-MJW

GEROLD GALLEGOS,

    Plaintiff,

v.

DIRK KEMPTHORNE, Secretary of the Interior, and
U.S. DEPARTMENT OF THE INTERIOR,

    Defendants.

---

**ORDER** (Docket No. 16)

---

The Court having reviewed Defendants' Motion for Extension of Time to Respond to Complaint (Doc. 16), and sufficient cause appearing, it is ORDERED that the motion is granted, and that Defendants' response to Plaintiff's Complaint is due on or before April 2, 2008.

Dated: February 26, 2008

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO