IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02660-WDM-MJW

GEROLD GALLEGOS,

Plaintiff(s),

v.

DIRK KEMPTHORNE, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Parties' Motion to Stay Discovery Pending Resolution of Motion to Dismiss (docket no. 33) is GRANTED finding good cause shown. Discovery is STAYED pending ruling by Judge Walker Miller on the Defendants' Motion to Dismiss for Lack of Jurisdiction (docket no. 23), that is currently ripe for ruling.

Date: July 21, 2008