IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-002660-WDM-MJW

GEROLD GALLEGOS,

    Plaintiff,

v.

DIRK KEMPTHORNE, Secretary of the Interior, and U.S. DEPARTMENT OF THE INTERIOR,

    Defendant.

---

ORDER (Docket No. 36)

---

The Court having reviewed the parties' Joint Motion to Vacate Settlement Conference (Doc. 36), and sufficient cause appearing, it is ORDERED that the motion is GRANTED, and that the Settlement Conference set for August 11, 2008, at 10:00 a.m. is VACATED. The parties may request another settlement conference by motion.

Dated: July 29, 2008

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO